# PD-0811-15

PD-0811-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/17/2015 3:43:03 PM
Accepted 7/21/2015 9:14:26 AM
ABEL ACOSTA
CLERK

LAW OFFICE

JOHN T. HUNTER, ESQ.
310 S. ST. MARY'S STREET, SUITE 1840
SAN ANTONIO, TEXAS 78205-3117

CELL (806) 672-5590
EMAIL: JTH753@GMAIL.COM

TELEPHONE 210-399-8669
FACSIMILE 210-568-4927

July 17, 2015

Texas Court of Criminal Appeals
Attn: Abel Acosta, Clerk of the Court
201 W. 14th St.
Austin, Texas 78701

**RE:** *Filiberto Sierra v. State of Texas,* PD-0811-15 [Fourth Court of Appeals Cause Number 04-14-00279] Notice of Appearance as Counsel of Record.

Dear Mr. Acosta,

Please be advised that I have been retained to represent Mr. Filiberto Sierra in the above-entitled and numbered cause for the purposes of bringing a petition for discretionary review before this Honorable Court. Please direct all future correspondence related to this matter to my office using the information provided above.

Thank you for your attention in this matter. If you have any questions or concerns, please do not hesitate to contact me.

Yours Very Truly,

John T. Hunter
State Bar No. 24077532

FILED IN
COURT OF CRIMINAL APPEALS

July 21, 2015

ABEL ACOSTA, CLERK